**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000669
28-FEB-2025
07:57 AM
Dkt. 42 ODSD

NO. CAAP-24-0000669

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PNC BANK NATIONAL ASSOCIATION, Plaintiff-Appellee, v.
SAMUEL NOAH KEONI LEVITZ, Defendant-Appellant, and
WESTGATE FAMILY PHYSICIANS; FORECLOSURE FUNDING GROUP, LLC;
BANK OF AMERICA, N.A.;
JANELLE WEBB, TRUSTEE OF THE SCRAPPY DU TRUST;
STATE OF HAWAIʻI - DEPARTMENT OF TAXATION
CITY AND COUNTY OF HONOLULU -
DEPARTMENT OF PLANNING AND PERMITTING, Defendants-Appellees, and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC141000551)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before December 2, 2024, and January 2, 2025, respectively;

(2) Self-represented Defendant-Appellant Samuel Noah Keoni Levitz (Levitz) failed to file either document, or request an extension of time;

(3) On January 7, 2025, the appellate clerk entered a default notice informing Levitz that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on January 17, 2025, for appropriate action, which could include dismissal of

the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Levitz could request relief from default by motion; and

(4) Levitz has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, February 28, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge